■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ANTHONY MARTIN, Appellant. [633 NYS2d 347] —Appeal by the defendant from a judgment of the Supreme Court, Kings County (Goldstein, J.), rendered November 23, 1993, convicting him of robbery in the first degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

Contrary to the defendant's contention, the trial court's *Sandoval* ruling was proper. Prior crimes are not automatically excluded from evidence just because they are similar to the crime with which the defendant is charged *(People v Pavao,* 59 NY2d 282, 292). Here, the prior crime involved a theft which was highly relevant to the defendant's credibility and his willingness to place his interests above those of society's *(People v Natal,* 144 AD2d 587, *affd* 75 NY2d 379). Such crimes are usually relevant whenever they have been committed *(People v Sandoval,* 34 NY2d 371, 377).

The defendant's remaining contentions are either unpre-

served for appellate review or without merit. Bracken, J. P., Balletta, Pizzuto and Hart, JJ., concur.